Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE KEITH HENRY, | Case No. CV 07-4803-AG (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| ROBERT HERNANDEZ, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: FEBRUARY 29, 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\HENRY, W 4803\Judgment.wpd